# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**1100 COMMERCE, ROOM 1572**
**DALLAS, TEXAS 75242**

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

September 25, 2008

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Sir or Madam:

In response to the letter dated September 22, 2008 from Ortrie D. Smith, Chair of the Committee on Financial Disclosure, I am providing below the additional information requested.

In Part VII, page 25, line 344 it should read Column D(1) Buy; D(2) 12/07; D(3) N. Columns B and C should be blank.

Please see attached correspondence in response to Part VII, page 20, line 271 that was sent to the Committee on Financial Disclosure on August 30, 2007.

I have enclosed an original, along with three copies of this response. Please let me know if any additional information is needed.

BMGL/jlf
Enclosures

# United States District Court

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

August 30, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Sir or Madam:

In response to the letter dated August 16, 2007 from Ortrie D. Smith, Chair of the Committee on Financial Disclosure, I am providing below the additional information requested.

In Part VII, page 7, line 42, I have added the word "None" in B(2).

In Part VII, page 16, line 188, I have added income code "A" in column B(1).

In Part VII, page 17, line 207, I have deleted the value code in C(1), as all assets were disposed of during the reporting period.

In Part VII, page 20, line 271, I have deleted this entry as this asset was disposed of in 2005 and was inadvertently left on report for calendar year 2006. Asset was properly listed on my Financial Disclosure Report for the reporting period January 1, 2005 through December 31, 2005.

I have enclosed an original, along with three copies of pages 7, 16, 17 and 20 (along with pages 21-25 due to the pagination changes) of my Financial Disclosure Report for the Calendar Year 2006. Please let me know if any additional information is needed.

BMGL/jlf
Enclosures

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GECC 9/29/2006 | | | | | Redemption | 9/29 | O | B | |
| 36. -GECC 10/5/2006 | | None | | | Buy | 7/31 | P1 | | |
| 37. -GECC 10/5/2006 | | | | | Redemption | 10/5 | P1 | E | |
| 38. -Daimler Chrysler 10/26/2006 | | None | | | Buy | 8/22 | P1 | | |
| 39. -Daimler Chrysler 10/26/2006 | | | | | Redemption | 10/26 | P1 | D | |
| 40. -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 10/3 | M | | |
| 41. -Daimler Chrysler 1/12/2007 | | None | P1 | T | Buy | 10/10 | P1 | | |
| 42. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | K | | |
| 43. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | K | A | |
| 44. -Daimler Chrysler 2/2/2007 | | None | P1 | T | Buy | 10/31 | P1 | | |
| 45. -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 46. Charles Schwab Brokerage Account #2 (includes 47-97) | | | | | | / | | | |
| 47. -Schwab Tax Exempt Money Market | D | Dividend | J | T | | | | | |
| 48. -Scudder Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 49. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 50. -Pimco Foreign Bond Mutual Fund | A | Dividend | | | Sell | 4/27 | K | A | |
| 51. -DFA US 6-10 Value Mutual Fund | A | Dividend | | | Sell | 4/28 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Pioneer Natural Resources | A | Royalty | J | W | | | | | |
| 189. -Profunds US Govt | A | Dividend | | | Sell | 4/27 | K | | |
| 190. -Cohen & Steers Realty | A | Dividend | | | Sell | 5/3 | L | E | |
| 191. -Daimler Chrysler 9/1/2006 | | None | | | Buy | 5/30 | O | | |
| 192. -Daimler Chrysler 9/1/2006 | | | | | Redemption | 9/1 | O | D | |
| 193. -China Trust Bank 7/31/2006 | | None | | | Buy | 6/27 | K | | |
| 194. -China Trust Bank 7/31/2006 | | | | | Redemption | 7/31 | K | A | |
| 195. -Daimler Chrysler 12/15/2006 | | None | | | Buy | 9/8 | O | | |
| 196. -Daimler Chrysler 12/15/2006 | | | | | Redemption | 12/15 | O | D | |
| 197. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 198. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 199. Trust #3 (includes 200-217) | | | | | | | / | | |
| 200. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 201. -Vanguard Bond Index Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 202. -Vanguard Intermediate Treasury Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 203. -Harbor International Mutual Fund | A | Dividend | K | T | | | | | |
| 204. -Pimco Total Return | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -DFA US Micro Cap Fund | A | Dividend | J | T | | | | | |
| 206. -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 207. -Cohen & Steers Realty | A | Dividend | | | Sell | 10/18 | J | B | |
| 208. -Goldman Sachs Software | | None | | | Sell | 3/16 | J | B | |
| 209. -Independent Bank 10/25/2006 | | None | | | Buy | 8/25 | J | | |
| 210. -Independent Bank 10/25/2006 | | | | | Redemption | 10/25 | J | A | |
| 211. -University National 11/30/2006 | | None | | | Buy | 8/25 | K | | |
| 212. -University National 11/30/2006 | | | | | Redemption | 11/30 | K | A | |
| 213. -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | J | | |
| 214. -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | J | A | |
| 215. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 216. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 217. -Daimler Chrysler 2/2/2007 | | None | K | T | Buy | 10/31 | K | | |
| 218. Trust #4 (ncludes 219-250) | | | | | | | | | |
| 219. -Schwab Money Market Fund | B | Dividend | K | T | | | | | |
| 220. -Vanguard Bond Index Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 221. -Vanguard Intermediate Treasury Mutual | A | Dividend | | | Sell | 5/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. -Profunds US Govt | A | Dividend | | | Sell | 4/26 | J | | |
| 256. -Steams Bank 8/22/2006 | | None | | | Buy | 5/15 | L | | |
| 257. -Sterns Bank 8/22/2006 | | | | | Redemption | 8/22 | L | A | |
| 258. -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | K | | |
| 259. -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | K | A | |
| 260. -Lone Star Bank 11/15/2006 | | None | | | Buy | 9/8 | K | | |
| 261. -Lone Star Bank 11/15/2006 | | | | | Redemption | 11/15 | K | A | |
| 262. -Daimler Chrysler 2/2/2007 | | None | K | T | Buy | 10/31 | K | | |
| 263. -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 264. Charles Schwab IRA Rollover #2 (includes 265-290) | | | | | | | | | |
| 265. -Schwab Money Market Fund | C | Dividend | K | T | | | | | |
| 266. -Pimco Total Return Mutual Fund | C | Dividend | | | Sell | 4/26 | N | | |
| 267. -Pimco Foreign Bond Mutual Fund | B | Dividend | | | Sell | 4/26 | M | | |
| 268. -Gateway Mutual Fund | | None | | | Sell | 2/17 | M | E | |
| 269. -Harbor Capital Appreciation Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 270. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | L | E | |
| 271. -Profunds Ultra Energy | | None | | | Sell | 4/26 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.   -Dow Jones Transportation Index | A | Dividend | | | Buy | 2/16 | L | | |
| 273.   -Dow Jones Transportation Index | | | | | Sell | 4/26 | L | D | |
| 274.   -Ishares S Africa Index | | None | | | Buy | 2/23 | L | | |
| 275.   -Ishares S Africa Index | | | | | Sell | 6/1 | L | | |
| 276.   -Daimler Chrysler 7/5/2006 | | None | | | Buy | 5/30 | O | | |
| 277.   -Daimler Chrysler 7/5/2006 | | | | | Redemption | 7/5 | O | C | |
| 278.   -GECC 7/18/2006 | | None | | | Buy | 6/15 | M | | |
| 279.   -GECC 7/18/2006 | | | | | Redemption | 7/18 | M | A | |
| 280.   -GECC 9/7/2006 | | None | | | Buy | 7/6 | O | | |
| 281.   -GECC 9/7/2006 | | | | | Redemption | 9/7 | O | D | |
| 282.   -American Express 9/28/2006 | | None | | | Buy | 7/21 | M | | |
| 283.   -American Express 9/28/2006 | | | | | Redemption | 9/28 | M | B | |
| 284.   -Daimler Chrysler 11/16/2006 | | None | | | Buy | 9/8 | O | | |
| 285.   -Daimler Chrysler 11/16/2006 | | | | | Redemption | 11/16 | O | D | |
| 286.   -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 9/29 | M | | |
| 287.   -Daimler Chrysler 2/23/2007 | | None | O | T | Buy | 11/21 | O | | |
| 288.   -Bldrs Emerging Mkts | A | Dividend | | | Buy | 2/22 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report - |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 289.  -Bldrs Emerging Mkts | | | | | Sell | 6/9 | L | | |
| 290.  Charles Schwab IRA #2 (includes 292-305) | | | | | | | | | |
| 291.  -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 292.  -Pimco Total Return Fund | A | Dividend | | | Sell | 4/26 | J | | |
| 293.  -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 294.  -Gateway Mutual Fund | | None | | | Sell | 2/17 | J | A | |
| 295.  -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | J | B | |
| 296.  -Meridian Value | | None | | | Sell | 4/26 | J | A | |
| 297.  -Profunds US Govt | A | Dividend | | | Sell | 4/26 | K | | |
| 298.  -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 299.  -Capital Crossing 8/17/2006 | | None | | | Buy | 5/15 | L | | |
| 300.  -Capital Crossing 8/17/2006 | | | | | Redemption | 8/17 | L | B | |
| 301.  -Prosperity Bank 9/25/2006 | | None | | | Buy | 8/25 | L | | |
| 302.  -Prosperity Bank 9/25/2006 | | | | | Redemption | 9/25 | L | A | |
| 303.  -Seattle Savings 2/12/2007 | A | Dividend | K | T | Buy | 9/29 | K | | |
| 304.  -Western Bank 4/4/2007 | | None | K | T | Buy | 9/29 | K | | |
| 305.  401k-Fidelity (previously Transamerica) | | None | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report - |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 307. | JP Morgan Chase (formerly Bank One) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M | U.S.D.C.-No. District of Texas | 08/01/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 Commerce St., Room 1572 Dallas, TX 75242 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. Board Member, President | International Womens Forum - Dallas |
| 3. Executive Committee | Patrick Higginbotham Inn of Court |
| 4. Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. Chair-Elect | Judicial Division of the American Bar Association |
| 6. Chair | National Conference of Federal Trial Judges of the American Bar Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 11 A 10: 55

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 18-21, 2007 | Charleston, SC | Litigation Section Mtg | Transportation, meals, hotel |
| 2. | ABA | February 7-11, 2007 | Miami, FL | Midyear Mtg | Transportation, meals, hotel |
| 3. | University of Virginia School of Law | February 23-25, 2007 | Charlottesville, VA | Moot Court Competition | Transportation, meals, hotel |
| 4. | ABA | April 12-15, 2007 | Charlotte, NC | JD Planning Mtg | Transportation, meals, hotel |
| 5. | ABA | April 17-19, 2007 | Washington, DC | ABA Day | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynn, Barbara M | 08/01/2008 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | ACTL | April 26-27, 2007 | San Antonio, TX | Regional Mtg | Transportation, meals, hotel |
| 7. | ABA | September 6-8, 2007 | Chicago, IL | SOC Mtg | Transportation, meals, hotel |
| 8. | ABA | September 14-16, 2007 | New Orleans, LA | JD Planning Mtg | Transportation, meals, hotel |
| 9. | NCBJ | October 10-12, 2007 | Orlando, FL | Annual Mtg | Transportation, meals, hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab & Vanguard Account #1 (includes 2-43) | | | | | | | | | |
| 2. -Schwab Muni Money Market | F | Dividend | | | Redemption | 2/16 | J | | |
| 3. -Schwab Muni Money Market | | | | | Buy | 2/2 | P1 | | |
| 4. -Schwab Muni Money Market | | | | | Sell | 2/7 | P1 | | |
| 5. -Schwab Muni Money Market | | | | | Sell | 2/14 | K | | |
| 6. -Schwab Muni Money Market | | | | | Sell | 2/23 | K | | |
| 7. -Schwab Muni Money Market | | | | | Redemption | 3/8 | J | | |
| 8. -Schwab Muni Money Market | | | | | Buy | 4/12 | M | | |
| 9. -Schwab Muni Money Market | | | | | Buy | 5/10 | K | | |
| 10. -Schwab Muni Money Market | | | | | Buy | 5/11 | P1 | | |
| 11. -Schwab Muni Money Market | | | | | Buy | 5/29 | J | | |
| 12. -Schwab Muni Money Market | | | | | Sell | 6/12 | P1 | | |
| 13. -Schwab Muni Money Market | | | | | Buy | 7/17 | P1 | | |
| 14. -Schwab Muni Money Market | | | | | Sell | 7/19 | N | | |
| 15. -Schwab Muni Money Market | | | | | Sell | 8/1 | M | | |
| 16. -Schwab Muni Money Market | | | | | Sell | 11/6 | P1 | | |
| 17. -Daimler Chrysler Com Paper 1/5/2007 | C | Interest | | | Sell | 1/5 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Daimler Chrysler Com Paper 1/12/2007 | E | Interest | | | Sell | 1/12 | P1 | | |
| 19. -Daimler Chrysler Com Paper 2/2/2007 | E | Interest | | | Sell | 2/2 | P1 | | |
| 20. -Daimler Chrysler Com Paper 2/23/2007 | A | Interest | | | Sell | 2/23 | K | | |
| 21. -Daimler Chrysler Com Paper 3/20/2007 | | | | | Buy | 2/14 | K | | |
| 22. -Daimler Chrysler Com Paper 3/20/2007 | A | Interest | | | Sell | 3/20 | K | | |
| 23. -Daimler Chrysler Com Paper 4/12/2007 | | | | | Buy | 2/7 | P1 | | |
| 24. -Daimler Chrysler Com Paper 4/12/2007 | D | Interest | | | Sell | 4/12 | P1 | | |
| 25. -Daimler Chrysler Com Paper 5/11/2007 | | | | | Buy | 2/7 | P1 | | |
| 26. -Daimler Chrysler Com Paper 5/11/2007 | E | Interest | | | Sell | 5/11 | P1 | | |
| 27. -Daimler Chrysler Com Paper 5/10/2007 | | | | | Buy | 3/5 | K | | |
| 28. -Daimler Chrysler Com Paper 5/10/2007 | D | Interest | | | Sell | 5/10 | K | | |
| 29. -Daimler Chrysler Com Paper 7/17/2007 | | | | | Buy | 6/12 | P1 | | |
| 30. -Daimler Chrysler Com Paper 7/17/2007 | C | Interest | | | Sell | 7/17 | P1 | | |
| 31. -Ishares TR S&P GSSI Nat Res Index | | None | N | T | Buy | 7/19 | N | | |
| 32. -Ishares TR Dow Jones US Tele. Sector Index FD-6000 | | | | | Buy | 8/1 | M | | |
| 33. -Ishares TR Dow Jones US Tele. Sector Index FED-6000 | | None | | | Sell | 12/18 | M | A | |
| 34. -Vanguard Prime Money Mkt Fund | | | | | Buy | 11/6 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Prime Money Mkt Fund | | | | | Buy | 11/14 | J | | |
| 36. -Vanguard Prime Money Mkt Fund | | | | | Buy | 11/20 | J | | |
| 37. -Vanguard Prime Money Mkt Fund | | | | | Sell | 11/28 | P1 | | |
| 38. -Vanguard Prime Money Mkt Fund | | | | | Sell | 11/28 | O | | |
| 39. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/18 | J | | |
| 40. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/21 | M | | |
| 41. -Vanguard Prime Money Mkt Fund | E | Dividend | P1 | T | | | | | |
| 42. -Vanguard Insured Term Tax-Exempt | C | Dividend | O | T | Buy | 11/28 | O | | |
| 43. -Inter-Term Tax-Exempt Adm | D | Dividend | P1 | T | Buy | 11/28 | P1 | | |
| 44. Vanguard Account #2 (includes 45-83) | | | | | | | | | |
| 45. -Schwab Cash Reserve | F | Dividend | | | Buy | 1/5 | O | | |
| 46. -Schwab Cash Reserve | | | | | Buy | 2/1 | O | | |
| 47. -Schwab Cash Reserve | | | | | Sell | 2/7 | O | | |
| 48. -Schwab Cash Reserve | | | | | Buy | 2/20 | J | | |
| 49. -Schwab Cash Reserve | | | | | Buy | 2/23 | N | | |
| 50. -Schwab Cash Reserve | | | | | Sell | 3/5 | N | | |
| 51. -Schwab Cash Reserve | | | | | Buy | 3/23 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Schwab Cash Reserve | | | | | Redemption | 4/12 | N | | |
| 53.  -Schwab Cash Reserve | | | | | Sell | 6/12 | P1 | | |
| 54.  -Schwab Cash Reserve | | | | | Buy | 6/12 | P1 | | |
| 55.  -Schwab Cash Reserve | | | | | Sell | 6/25 | O | | |
| 56.  -Schwab Cash Reserve | | | | | Sell | 8/1 | M | | |
| 57.  -Schwab Cash Reserve | | | | | Buy | 8/23 | N | | |
| 58.  -Schwab Cash Reserve | | | | | Sell | 11/14 | P1 | | |
| 59.  -GECC 3/23/2007 | D | Interest | | | Sell | 3/23 | O | | |
| 60.  -Daimler Chrysler Com Paper 1/05/2007 | A | Interest | | | Sell | 1/5 | O | | |
| 61.  -Daimler Chrysler Com Paper 2/01/2007 | C | Interest | | | Sell | 2/1 | O | | |
| 62.  -Daimler Chrysler Com Paper 2/23/2007 | B | Interest | | | Sell | 2/23 | N | | |
| 63.  -Daimler Chrysler Com Paper 3/9/2007 | E | Interest | | | Sell | 3/9 | P1 | | |
| 64.  -Daimler Chrysler Com Paper 4/12/2007 | | | | | Buy | 2/7 | O | | |
| 65.  -Daimler Chrysler Com Paper 4/12/2007 | D | Interest | | | Sell | 4/12 | O | | |
| 66.  -Daimler Chrysler Com Paper 5/10/2007 | | | | | Buy | 3/5 | N | | |
| 67.  -Daimler Chrysler Com Paper 5/10/2007 | | | | | Sell | 5/10 | N | | |
| 68.  -Daimler Chrysler Com Paper 7/17/2007 | | | | | Buy | 6/12 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Daimler Chrysler Com Paper 7/17/2007 | C | Interest | | | Sell | 7/17 | P1 | | |
| 70. -Ishares TR S&P Global Utilities Index FD-3000 shares | | None | M | T | Buy | 6/25 | M | | |
| 71. -Powershares DB Multisector Com. TR Power Shares DB Energy | D | Dividend | M | T | Buy | 6/25 | M | | |
| 72. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | A | Dividend | M | T | Buy | 6/25 | M | | |
| 73. -Ishares TR Dow Jones US Tele. Sector Index FD | | | | | Buy | 8/1 | M | | |
| 74. -Ishares TR Dow Jones US Tele. Sector Index FD | A | Dividend | | | Sell | 12/18 | M | A | |
| 75. -Vanguard Prime Money Mkt Fund | | | | | Buy | 11/14 | P1 | | |
| 76. -Vanguard Prime Money Mkt Fund | | | | | Buy | 11/26 | J | | |
| 77. -Vanguard Prime Money Mkt Fund | | | | | Sell | 11/28 | N | | |
| 78. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/18 | J | | |
| 79. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/21 | M | | |
| 80. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/28 | J | A | |
| 81. -Vanguard Prime Money Mkt Fund | D | Dividend | P1 | T | | | | | |
| 82. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | P1 | T | Buy | 11/28 | P1 | | |
| 83. -Inter-Term Tax-Exempt Adm | B | Dividend | N | T | Buy | 11/28 | N | | |
| 84. Schwab & Vanguard Account #3 (includes 85-99) | | | | | | | | | |
| 85. -Schwab Muni Money Market | | | | | Buy | 1/5 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Schwab Muni Money Market | | | | | Buy | 2/2 | L | | |
| 87. -Schwab Muni Money Market | | | | | Sell | 2/7 | N | | |
| 88. -Schwab Muni Money Market | | | | | Buy | 3/13 | N | | |
| 89. -Schwab Muni Money Market | | | | | Redemption | 4/13 | N | | |
| 90. -Schwab Muni Money Market | | | | | Buy | 6/12 | J | | |
| 91. -Schwab Muni Money Market | | | | | Buy | 6/25 | J | | |
| 92. -Schwab Muni Money Market | | | | | Buy | 7/9 | N | | |
| 93. -Schwab Muni Money Market | | | | | Redemption | 8/23 | N | | |
| 94. -Schwab Muni Money Market | C | Dividend | | | Sell | 12/3 | K | | |
| 95. -Daimler Chrysler Com paper 1/5/2007 | B | Interest | | | Sell | 1/5 | M | | |
| 96. -Daimler Chrysler Com Paper 2/2/2007 | B | Interest | | | Sell | 2/2 | L | | |
| 97. -Daimler Chrysler Com Paper 3/13/2007 | | | | | Buy | 2/7 | N | | |
| 98. -Daimler Chrysler Com Paper 3/13/2007 | B | Interest | | | Sell | 3/13 | N | | |
| 99. -Prime Money Mkt Fund | A | Dividend | K | T | Buy | 12/3 | K | | |
| 100. Charles Schwab Brokerage Account # 4 (includes 101) | | | | | | | | | |
| 101. -Schwab Money Market | A | Dividend | J | T | | | | | |
| 102. Schwab & Vanguard IRA Rollover #1 (includes 103-150) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Schwab Cash Reserve | E | Interest | | | Buy | 1/15 | O | | |
| 104.  -Schwab Cash Reserve | | | | | Buy | 2/1 | O | | |
| 105.  -Schwab Cash Reserve | | | | | Sell | 2/7 | P1 | | |
| 106.  -Schwab Cash Reserve | | | | | Sell | 2/14 | N | | |
| 107.  -Schwab Cash Reserve | | | | | Buy | 2/23 | K | | |
| 108.  -Schwab Cash Reserve | | | | | Sell | 3/5 | K | | |
| 109.  -Schwab Cash Reserve | | | | | Buy | 3/13 | P1 | | |
| 110.  -Schwab Cash Reserve | | | | | Buy | 3/20 | N | | |
| 111.  -Schwab Cash Reserve | | | | | Buy | 3/27 | L | | |
| 112.  -Schwab Cash Reserve | | | | | Sell | 6/12 | O | | |
| 113.  -Schwab Cash Reserve | | | | | Sell | 6/25 | O | | |
| 114.  -Schwab Cash Reserve | | | | | Sell | 8/7 | M | | |
| 115.  -Schwab Cash Reserve | | | | | Sell | 11/6 | O | | |
| 116.  -US Treasury-due 1/15/2007 | E | Interest | | | Sell | 1/15 | O | | |
| 117.  -Daimler Chrysler Com Paper 2/1/2007 | D | Interest | | | Sell | 2/1 | O | | |
| 118.  -Daimler Chrysler Com Paper 2/23/2007 | | | | | Sell | 2/23 | K | | |
| 119.  -Daimler Chrysler Com Paper 3/13/2007 | | | | | Buy | 2/7 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and F3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Daimler Chrysler Com Paper 3/13/2007 | C | Interest | | | Sell | 3/13 | P1 | | |
| 121.  -Daimler Chrysler Com Paper 3/20/2007 | | | | | Buy | 2/14 | N | | |
| 122.  -Daimler Chrysler Com Paper 3/20/2007 | B | Interest | | | Sell | 3/20 | N | | |
| 123.  -Riverside Bank CD Due 3/27/2007 | B | Interest | | | Sell | 3/27 | L | | |
| 124.  -Daimler Chrysler Com Paper 5/10/2007 | | | | | Buy | 3/5 | K | | |
| 125.  -Daimler Chrysler Com Paper 5/10/2007 | A | Interest | | | Sell | 5/10 | K | | |
| 126.  -Daimler Chrysler Com Paper 7/17/2007 | | | | | Buy | 6/12 | O | | |
| 127.  -Daimler Chrylser Com Paper 7/17/2007 | B | Interest | | | Sell | 7/17 | O | | |
| 128.  -Ishares S&P Global Utilities Index | | | | | Buy | 6/25 | M | | |
| 129.  -Ishares S&P Global Utilities Index | | None | | | Sell | 11/28 | M | B | |
| 130.  -Powershares DB Multisector Com. TR Power Shares DB Energy | | | | | Buy | 6/25 | M | | |
| 131.  -Powershares DB Multisector Com. TR Power Shares DB Energy | | None | | | Sell | 11/27 | M | B | |
| 132.  -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | | | | | Buy | 6/25 | M | | |
| 133.  -SPDR SER TR S&P Oil Gas Expl & Prodtin ETF | | None | | | Sell | 11/27 | M | C | |
| 134.  -Ishares Inc MSCI Brazil Free Index FDSHS | | | | | Buy | 7/31 | M | | |
| 135.  -Ishares Inc MSCI Brazil Free Index FDSHS | | None | | | Sell | 11/27 | N | B | |
| 136.  -Claymore Exchange Traded FD TR BNY Brazil Russia India | | | | | Buy | 8/7 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Claymore Exchange Traded FD TR BNY Brazil Russia India | | None | | | Sell | 11/27 | N | B | |
| 138. -Vanguard Prime Money Mkt Fund | B | Dividend | N | T | Buy | 11/6 | O | | |
| 139. -Vanguard Prime Money Mkt Fund | | | | | Sell | 11/27 | O | | |
| 140. -Vanguard Prime Money Mkt Fund | | | | | Buy | 11/30 | P1 | | |
| 141. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/30 | N | | |
| 142. -Vanguard Prime Money Mkt Fund | | | | | Sell | 12/6 | O | | |
| 143. -Vanguard Prime Money Mkt Fund | | | | | Sell | 12/6 | M | | |
| 144. -Vanguard Prime Money Mkt Fund | | | | | Sell | 12/6 | M | | |
| 145. -PRIMECAP Fund Admiral | | | | | Buy | 11/27 | O | | |
| 146. -PRIMECAP Fund Admiral | E | Dividend/ Distribution | O | T | Buy | 12/6 | L | | |
| 147. -Windsor II Fund | D | Dividend/ Distribution | M | T | Buy | 12/6 | L | | |
| 148. -Strategic Equity Fund | | | | | Buy | 11/27 | M | | |
| 149. -Strategic Equity Fund | F | Dividend/ Distribution | N | T | Buy | 12/6 | M | | |
| 150. -High-Yield Corp Fund Adm | B | Dividend | N | T | Buy | 12/6 | N | | |
| 151. Schwab & Vanguard IRA #1 (includes 152-166) | | | | | | | | | |
| 152. -Schwab Cash Reserve | | | | | Buy | 2/2 | L | | |
| 153. -Schwab Cash Reserve | | | | | Sell | 2/7 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Schwab Cash Reserve | | | | | Buy | 3/8 | J | | |
| 155. -Schwab Cash Reserve | | | | | Buy | 3/13 | L | | |
| 156. -Schwab Cash Reserve | | | | | Sell | 6/12 | L | | |
| 157. -Schwab Cash Reserve | | | | | Buy | 7/17 | L | | |
| 158. -Schwab Cash Reserve | B | Interest | | | Sell | 12/6 | M | | |
| 159. -Daimler Chrysler Com Paper 2/2/2007 | B | Interest | | | Sell | 2/2 | L | | |
| 160. -Daimler Chrysler Com Paper 3/13/2007 | | | | | Buy | 2/7 | L | | |
| 161. -Daimler Chrysler Com Paper 3/13/2007 | A | Interest | | | Sell | 3/13 | L | | |
| 162. -Daimler Chrysler Com Paper 7/17/2007 | | | | | Buy | 6/12 | L | | |
| 163. -Daimler Chrysler Com Paper 7/17/2007 | A | Interest | | | Sell | 7/17 | L | | |
| 164. -Prime Money Mkt Fund | A | Dividend | J | T | Buy | 12/6 | M | | |
| 165. -Prime Money Mkt Fund | | | | | Sell | 12/18 | M | | |
| 166. -Windsor II Fund Inv | | None | M | T | Buy | 12/18 | M | | |
| 167. Trust #1 (includes 168-180) | | | | | | | | | |
| 168. -Schwab Muni Money Fund | C | Dividend | | | Sell | 2/7 | J | | |
| 169. -Schwab Muni Money Fund | | | | | Buy | 2/23 | N | | |
| 170. -Schwab Muni Money Fund | | | | | Redemption | 4/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Schwab Muni Money Fund | | | | | Sell | 11/19 | N | | |
| 172. -Daimler Chrysler Com Paper due 2/23/2007 | C | Interest | | | Sell | 2/23 | N | | . |
| 173. -Daimler Chrysler Com Paper due 4/12/2007 | | | | | Buy | 2/7 | J | | |
| 174. -Daimler Chrysler Com Paper due 4/12/2007 | A | Interest | | | Sell | 4/12 | J | | |
| 175. -Daimler Chrysler Com Paper due 5/10/2007 | | | | | Buy | 3/5 | N | | |
| 176. -Daimler Chrysler Com Paper due 5/10/2007 | C | Interest | | | Sell | 5/10 | N | | |
| 177. -Daimler Chrysler Com Paper due 7/17/2007 | | | | | Buy | 6/12 | N | | |
| 178. -Daimler Chrysler Com Paper due 7/17/2007 | A | Interest | | | Sell | 7/17 | N | | |
| 179. -Prime Money Mkt Fund | B | Dividend | N | T | Buy | 11/9 | N | | |
| 180. -Pioneer Natural Resources | A | Dividend | J | W | | | | | |
| 181. Trust #2 (includes 182-197) | | | | | | | | | |
| 182. -Schwab Money Market | D | Dividend | | | Sell | 2/7 | O | | |
| 183. -Schwab Money Market | | | | | Redemption | 4/3 | J | | |
| 184. -Schwab Money Market | | | | | Buy | 5/17 | O | | |
| 185. -Schwab Money Market | | | | | Redemption | 6/12 | J | | |
| 186. -Schwab Money Market | | | | | Redemption | 6/25 | J | | |
| 187. -Schwab Money Market | | | | | Sell | 6/12 | O | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Schwab Money Market | | | | | Redemption | 8/29 | J | | |
| 189.  -Schwab Money Market | | | | | Sell | 11/6 | O | | |
| 190.  -Daimler Chrysler Com Paper due 5/11/2007 | | | | | Buy | 2/7 | O | | |
| 191.  -Daimler Chrysler Com Paper due 5/11/2007 | D | Interest | | | Sell | 5/17 | O | | |
| 192.  -Daimler Chrysler Com Paper due 7/17/2007 | | | | | Buy | 6/12 | O | | |
| 193.  -Daimler Chrysler Com Paper due 7/17/2007 | B | Interest | | | Sell | 7/20 | O | | |
| 194.  -Prime Money Mkt Fund | C | Dividend | N | T | Buy | 11/6 | O | | |
| 195.  -Prime Money Mkt Fund | | | | | Sell | 11/27 | L | | |
| 196.  -Total Stock Mkt Idx Adm | | None | M | T | Buy | 11/27 | L | | |
| 197.  -Pioneer Natural Resources | A | Dividend | J | W | | | | | |
| 198.   Vanguard Trust #3 (includes 199-226) | | | | | | | | | |
| 199.  -Schwab Money Market | B | Dividend | | | Buy | 2/2 | K | | |
| 200.  -Schwab Money Market | | | | | Buy | 3/20 | K | | |
| 201.  -Schwab Money Market | | | | | Redemption | 3/27 | J | | |
| 202.  -Schwab Money Market | | | | | Buy | 5/31 | J | | |
| 203.  -Schwab Money Market | | | | | Sell | 6/12 | K | | |
| 204.  -Schwab Money Market | | | | | Sell | 6/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Schwab Money Market | | | | | Sell | 6/25 | J | | |
| 206. -Schwab Money Market | | | | | Sell | 6/25 | J | | |
| 207. -Schwab Money Market | | | | | Redemption | 6/27 | J | | |
| 208. -Schwab Money Market | | | | | Buy | 7/17 | K | | |
| 209. -Schwab Money Market | | | | | Sell | 7/25 | J | | |
| 210. -Schwab Money Market | | | | | Redemption | 9/5 | J | | |
| 211. -Schwab Money Market | | | | | Buy | 10/15 | J | | |
| 212. -Schwab Money Market | | | | | Sell | 12/20 | K | | |
| 213. -Daimler Chrysler 2/2/2007 | A | Dividend | | | Sell | 2/2 | K | | |
| 214. -Daimler Chrysler 3/20/2007 | A | Dividend | | | Buy | 2/14 | K | | |
| 215. -Daimler Chrysler 3/20/2007 | | | | | Sell | 3/20 | K | | |
| 216. -Daimler Chrysler 7/17/2007 | A | Dividend | | | Buy | 6/12 | K | | |
| 217. -Daimler Chrysler 7/17/2007 | | | | | Sell | 7/17 | K | | |
| 218. -Ishares TR S&P Global Utilities Index FD | | None | J | T | Buy | 6/25 | J | | |
| 219. -Powershares DB Multisector Com. TR Power Shares DB Energy | | None | J | T | Buy | 6/25 | J | | |
| 220. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | A | Dividend | J | T | Buy | 6/25 | J | | |
| 221. -Widsomtree TR Intl Comm. Sector FD | | None | J | T | Buy | 7/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Harbor Int'l Fund | B | Dividend/ Distribution | K | T | | | | | |
| 223. -DFA US Micro Cap | | | | | Sell | 10/15 | J | A | |
| 224. -Pimco Total Return Fund | D | Dividend | M | T | | | | | |
| 225. -Ishares Cohen & Steer Realty ** | | | | | Sell | 5/31 | J | A | |
| 226. -Prime Money Mkt Fund | A | Dividend | K | T | Buy | 12/20 | K | | |
| 227. Vanguard Trust #4 (includes 228-268) | | | | | | | | | |
| 228. -Schwab Money Market | B | Dividend | | | Redemption | 2/1 | J | | |
| 229. -Schwab Money Market | | | | | Buy | 2/1 | L | | |
| 230. -Schwab Money Market | | | | | Buy | 2/2 | J | | |
| 231. -Schwab Money Market | | | | | Buy | 2/23 | K | | |
| 232. -Schwab Money Market | | | | | Sell | 2/14 | L | | |
| 233. -Schwab Money Market | | | | | Buy | 3/20 | L | | |
| 234. -Schwab Money Market | | | | | Sell | 3/2 | K | | |
| 235. -Schwab Money Market | | | | | Buy | 5/10 | K | | |
| 236. -Schwab Money Market | | | | | Redemption | 5/26 | J | | |
| 237. -Schwab Money Market | | | | | Sell | 6/12 | M | | |
| 238. -Schwab Money Market | | | | | Sell | 6/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Schwab Money Market | | | | | Sell | 6/25 | J | | |
| 240. -Schwab Money Market | | | | | Sell | 6/25 | J | | |
| 241. -Schwab Money Market | | | | | Buy | 7/17 | M | | |
| 242. -Schwab Money Market | | | | | Sell | 7/25 | K | | |
| 243. -Schwab Money Market | | | | | Sell | 7/31 | K | | |
| 244. -Schwab Money Market | | | | | Sell | 8/1 | K | | |
| 245. -Schwab Money Market | | | | | Sell | 8/7 | K | | |
| 246. -Schwab Money Market | | | | | Buy | 10/15 | K | | |
| 247. -Schwab Money Market | | | | | Sell | 12/20 | L | | |
| 248. -Daimler Chrylser 2/1/2007 | A | Dividend | | | Sell | 2/1 | L | | |
| 249. -Daimler Chrysler 2/2/2007 | A | Dividend | | | Sell | 2/2 | J | | |
| 250. -Daimler Chrysler 2/23/2007 | A | Dividend | | | Sell | 2/23 | K | | |
| 251. -Daimler Chrysler 3/20/2007 | A | Dividend | | | Buy | 2/14 | L | | |
| 252. -Daimler Chrysler 3/20/2007 | | | | | Sell | 3/20 | L | | |
| 253. -Daimler Chrysler 5/10/2007 | A | Dividend | | | Buy | 3/2 | K | | |
| 254. -Daimler Chrysler 5/10/2007 | | | | | Sell | 5/10 | K | | |
| 255. -Daimler Chrysler 7/17/2007 | A | Dividend | | | Buy | 6/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Daimler Chrysler 7/17/2007 | | | | | Sell | 7/17 | M | | |
| 257.  -Ishares TR S&P Global Utilities Index FD | | None | J | T | Buy | 6/25 | J | | |
| 258.  -Powershares DB Multisector Com. TR Power Shares DB Energy | | None | J | T | Buy | 6/25 | J | | |
| 259.  -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | A | Dividend | J | T | Buy | 6/25 | J | | |
| 260.  -Wisdomtree TR Intl Comm. Sector FD | | None | K | T | Buy | 7/25 | K | | |
| 261.  -Ishares MSCI Brazil Free Index | A | Dividend/ Distribution | K | T | Buy | 7/31 | K | | |
| 262.  -Ishares TR Dow Jones Telecommunications Sector Index FD | A | Dividend | K | T | Buy | 8/1 | K | | |
| 263.  -Claymore Exchange Traded TR BNY Brazil Russia India & China | A | Dividend | K | T | Buy | 8/7 | K | | |
| 264.  -Harbor International Fund | B | Dividend/ Distribution | L | T | | | | | |
| 265.  -DFA US Micro Cap | A | Dividend | | | Sell | 10/15 | K | B | |
| 266.  -Ishares TR MSCI EAFE Index FD | | None | J | T | | | | | |
| 267.  -Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 268.  -Prime Money Mkt Fund | A | Dividend | L | T | Buy | 12/20 | L | | |
| 269.  Schwab & Vanguard SEP IRA #1 (includes 270-286) | | | | | | | | | |
| 270.  -Schwab Cash Reserve | B | Interest | | | Buy | 2/2 | K | | |
| 271.  -Schwab Cash Reserve | | | | | Buy | 2/23 | K | | |
| 272.  -Schwab Cash Reserve | | | | | Sell | 2/7 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Schwab Cash Reserve | | | | | Sell | 3/5 | K | | |
| 274. -Schwab Cash Reserve | | | | | Sell | 6/12 | L | | |
| 275. -Schwab Cash Reserve | | | | | Buy | 7/17 | L | | |
| 276. -Daimler Chrysler Com Paper 2/2/2007 | A | Interest | | | Sell | 2/2 | K | | |
| 277. -Daimler Chrysler Com Paper 2/23/2007 | A | Interest | | | Sell | 2/23 | K | | |
| 278. -Daimler Chrysler Com Paper 3/13/2007 | | | | | Buy | 2/7 | K | | |
| 279. -Daimler Chrysler Com Paper 3/13/2007 | A | Interest | | | Sell | 3/13 | K | | |
| 280. -Daimler Chrysler Com Paper 5/10/2007 | . | | | | Buy | 3/5 | K | | |
| 281. -Daimler Chrysler Com Paper 5/10/2007 | A | Interest | | | Sell | 5/10 | K | | |
| 282. -Daimler Chrysler Com Paper 7/17/2007 | | | | | Buy | 6/12 | L | | |
| 283. -Daimler Chrysler Com Paper 7/17/2007 | A | Interest | | | Sell | 7/17 | L | | |
| 284. -Prime Money Mkt Fund | A | Dividend | J | T | Buy | 11/2 | L | | |
| 285. -Prime Money Mkt Fund | | | | | Sell | 11/27 | L | | |
| 286. -Windsor II Fund Inv | D | Dividend/ Distribution | L | T | Buy | 11/27 | L | | |
| 287. Schwab & Vanguard IRA Rollover #2 (includes 287-322) | | | | | | | | | |
| 288. -Schwab Cash Reserve | D | Interest | | | Buy | 1/5 | M | | |
| 289. -Schwab Cash Reserve | | | | | Buy | 1/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Schwab Cash Reserve | | | | | Buy | 2/23 | O | | |
| 291. -Schwab Cash Reserve | | | | | Sell | 2/7 | M | | |
| 292. -Schwab Cash Reserve | | | | | Sell | 3/5 | O | | |
| 293. -Schwab Cash Reserve | | | | | Buy | 3/13 | M | | |
| 294. -Schwab Cash Reserve | | | | | Buy | 5/10 | O | | |
| 295. -Schwab Cash Reserve | | | | | Sell | 6/12 | O | | |
| 296. -Schwab Cash Reserve | | | | | Buy | 7/17 | O | | |
| 297. -Schwab Cash Reserve | | | | | Sell | 11/5 | M | | |
| 298. -Daimler Chrysler Com Paper 1/15/2007 | B | Interest | | | Sell | 1/15 | M | | |
| 299. -Daimler Chrysler Com Paper 2/23/2007 | D | Interest | | | Sell | 2/23 | O | | |
| 300. -Daimler Chrysler Com Paper 3/13/2007 | | | | | Buy | 2/7 | M | | |
| 301. -Daimler Chrysler Com Paper 3/13/2007 | B | Interest | | | Sell | 3/13 | M | | |
| 302. -Daimler Chrysler Com Paper 5/10/2007 | | | | | Buy | 3/5 | O | | |
| 303. -Daimler Chrysler Com Paper 5/10/2007 | D | Interest | | | Sell | 5/10 | O | | |
| 304. -Daimler Chrysler Com Paper 7/17/2007 | B | Interest | | | Buy | 6/12 | O | | |
| 305. -Daimler Chrysler Com Paper 7/17/2007 | A | Interest | | | Sell | 7/17 | O | | |
| 306. -Claymore Exc Traded FD TR BNY Brazil Russia India & China | | | | | Buy | 8/7 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Claymore Exc Traded FD TR BNY Brazil Russia Inida China | | None | | | Sell | 11/27 | N | B | |
| 308. -Wisdomtree TR Intl Comm Sector FD | | | | | Buy | 7/20 | N | | |
| 309. -Wisdomtree TR Intl Comm Sector FD | | None | | | Sell | 11/28 | N | B | |
| 310. -Ishares Inc MSCI Brazil Free Index FDSHS | | | | | Buy | 7/26 | M | | |
| 311. -Ishares Inc MSCI Brazil Free Index FDSHS | | None | | | Sell | 11/30 | L | B | |
| 312. -Vanguard Prime Money Mkt Fund | B | Dividend | N | T | Buy | 11/5 | M | | |
| 313. -Vanguard Prime Money Mkt Fund | | | | | Sell | 11/27 | M | | |
| 314. -Vanguard Prime Money Mkt Fun | | | | | Buy | 11/30 | N | | |
| 315. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/30 | N | | |
| 316. -Vanguard Prime Money Mkt Fund | | | | | Sell | 12/6 | N | | |
| 317. -Vanguard Prime Money Mkt Fund | | | | | Sell | 12/6 | M | | |
| 318. -Vanguard Prime Money Mkt Fund | | | | | Sell | 12/6 | M | | |
| 319. -PRIMECAP Fund Admiral | | | | | Buy | 11/27 | M | | |
| 320. -PRIMECAP Fund Admiral | E | Dividend / Distribution | N | T | Buy | 12/6 | M | | |
| 321. -High Yield Corp Fund Adm | B | Dividend | N | T | Buy | 12/6 | N | | |
| 322. -Explorer Fund Admiral | D | Dividend / Distribution | L | T | Buy | 12/6 | L | | |
| 323. Schwab & Vanguard IRA #2 (includes 324-340) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -Schwab Cash Reserve | B | Interest | | | Sell | 2/14 | K | | |
| 325. -Schwab Cash Reserve | | | | | Buy | 2/12 | K | | |
| 326. -Schwab Cash Reserve | | | | | Buy | 3/20 | K | | |
| 327. -Schwab Cash Reserve | | | | | Buy | 3/5 | J | | |
| 328. -Schwab Cash Reserve | | | | | Buy | 4/4 | K | | |
| 329. -Schwab Cash Reserve | | | | | Sell | 6/12 | L | | |
| 330. -Schwab Cash Reserve | | | | | Buy | 7/17 | L | | |
| 331. -Schwab Cash Reserve | | | | | Sell | 11/2 | M | | |
| 332. -Western Bank CD 4/4/2007 | | | | | Sell | 4/4 | K | | |
| 333. -Daimler Chrysler Com Paper 3/20/2007 | | | | | Buy | 2/14 | K | | |
| 334. -Daimler Chrysler Com Paper 3/20/2007 | A | Interest | | | Sell | 3/20 | K | | |
| 335. -Seattle Bank CD 2/12/2007 | A | Interest | | | Sell | 2/12 | K | | |
| 336. -Daimler Chrysler Com Paper 7/17/2007 | | | | | Buy | 6/12 | L | | |
| 337. -Daimler Chrysler Com Paper 7/17/2007 | A | Interest | | | Sell | 7/17 | L | | |
| 338. -Prime Money Mkt Fund | | | | | Buy | 11/2 | M | | |
| 339. -Prime Money Mkt Fund | A | Dividend | J | T | Sell | 11/27 | M | | |
| 340. -Windsor II Fund Inv | D | Dividend | M | T | Buy | 11/27 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,301 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 08/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. 401k-Fidelity | | None | O | T | | | | | |
| 342. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 343. JP Morgan Chase | A | Interest | K | T | | | | | |
| 344. Commerica | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

** Line 225 - Inadvertently listed as sold on 10/18 on the Financial Disclosure for Calendar Year 2007. Was not sold until 5/31/08.

I am advised that P&P Property 88, reported on lines 161 and 185 on the Financial Disclosure for Calendar Year 2007, was disposed of in 2001 and should not have been reported since the Financial Disclosure for Calendar Year 2001.

I am advised that PLM Equipment Growth Fund, reported on lines 162 and 186 on the Financial Disclosure for Calendar Year 2007, was disposed of in 2004 and should not have been reported since the Financial Disclosure for Calendar Year 2004.

This year we disposed of a very significant portion of our investments. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAI                                                    IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544